IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| SUZANNE MITCHELL, | : | |
| | : | DOCKET NO.: 16-17721-AMC |
| <u>DEBTOR</u> | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | OBJECTION TO PLAN |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | MAY 2, 2017 @ 10:00 a.m. |
| v. | : | |
| | : | |
| SUZANNE MITCHELL, | : | |
| | : | RELATED TO DOCKET NO.: <u>17</u> |
| RESPONDENT | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S CHAPTER 13 PLAN

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Chapter 13 Plan, on the parties at the below addresses, on March 8, 2017, by:

**16-17721-AMC Notice will be electronically mailed to:**

William C. Miller at ecfemails@ph13trustee.com, philaecf@gmail.com

Brian Craig Nicholas at bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Brandon J. Perloff at bperloff@kminjurylawyers.com, kmecf1429@gmail.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us,
RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.PH.ECF@usdoj.gov

**16-17721-AMC Notice will not be electronically mailed to:**

EXECUTED ON:  March 9, 2017

                                      Respectfully submitted by,

                    By:    /s/ Joseph J. Swartz
                           Counsel
                           PA Department of Revenue
                           Office of Chief Counsel
                           P.O. Box 281061
                           Harrisburg, PA 17128-1061
                           PA Attorney I.D.:  309233
                           Phone: (717) 346-4645
                           Facsimile: (717) 772-1459
                           JoseSwartz@pa.gov