# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-17721-AMC

SUZANNE MITCHELL

2868 Sellers Street

Philadelphia, PA 19137

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    SUZANNE MITCHELL

    2868 Sellers Street

    Philadelphia, PA 19137

Counsel for debtor(s), by electronic notice only.

    BRANDON J. PERLOFF
    KWARTLER MANUS LLC
    1429 WALNUT STREET  STE 701
    PHILADELPHIA, PA 19102-

                                                   /S/ William C. Miller

Date: 5/4/2017                                      _____
                                                     William C. Miller, Esquire
                                                     Chapter 13 Standing Trustee