IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                        :
                                              :      In Chapter 13
        SUZANNE MITCHELL                       :
                                              :      Bankruptcy No. 16-17721 (AMC)
                        Debtor.                :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW OBJECTION

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Chapter 13

Plan (Document #31) which was filed on July 5, 2017.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: July 7, 2017           By:    */s/ Megan N. Harper*
                                     MEGAN N. HARPER
                                     Deputy City Solicitor
                                     PA Attorney I.D. 81669
                                     Attorney for the City of Philadelphia
                                     And/or Water Revenue Bureau
                                     City of Philadelphia Law Department
                                     Municipal Services Building
                                     1401 JFK Boulevard, 5th Floor
                                     Philadelphia, PA  19102-1595
                                     215-686-0503 (phone)
                                     Email: Megan.Harper@phila.gov