# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| **Suzanne Mitchell** | : | Bankruptcy No. 16-17721-amc |

## PRAECIPE TO WITHDRAW DOCUMENTS

TO THE CLERK OF BANKRUPTCY COURT:

Kindly withdraw the APPLICATION FOR COMPENSATION AND REIMBURSMENT OF EXPENSES and NOTICE thereof, documents #26 and #27 (filed on 6/21/2017).   Thank you.

                                                          Respectfully submitted,

DATE: August 7, 2017                    /s/ Brandon Perloff, Esq
                                                          Brandon Perloff, Esquire
                                                          Attorney for the Debtor
                                                          1429 Walnut Street, Suite 701
                                                          Philadelphia, PA 19102
                                                          267-457-5570