**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

In Re:

Suzanne Mitchell

           Debtor(s).

13

Bky No. 16-17721 - amc

**ORDER**

     **AND NOW,** this 21st day of September, 2017, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Brandon Perloff of the firm Kwartler Manus, LLC**,** counsel for debtor(s) and after notice it is hereby

     **ORDERED** that counsel fees in the amount $3,900.00 less $1,427.00 already paid with a remaining balance of $2,473.00 are allowed and may be paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B).

**BY THE COURT:**

_/s/ Ashely M. Chan_____

Hon.   Ashely M. Chan
**U.S. BANKRUPTCY JUDGE**

CC:    **Brandon Perloff, Esq.**
        Kwartler Manus, LLC
        1429 Walnut Street, Suite 701
        Philadelphia, PA   19102

        William C. Miller, Esquire
        Chapter 13 Trustee
        Post Office Box 40119
        Philadelphia, PA 19106

        Suzanne Mitchell
        2868 Sellers Street
        Philadelphia, PA 19137