United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 16-17721-amc
Suzanne Mitchell                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Antoinett            Page 1 of 2            Date Rcvd: Sep 21, 2017
                           Form ID: pdf900            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2017.
```
db           +Suzanne Mitchell,    2868 Sellers Street,    Philadelphia, PA 19137-1923
13817870    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
              Richmond, VA 23238)
13817872     +Clear Spring Loan Serv,    18451 N Dallas Pkwy Ste,    Dallas, TX 75287-5202
13817874   ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
              (address filed with court: Ditech Financial Llc,    332 Minnesota St Ste 610,
              Saint Paul, MN 55101)
13817875     +Kwartler Manus, LLC,    1429 Walnut Street,    Suite 701,    Philadelphia, PA 19102-3207
13947392     +MEGAN N. HARPER,    Deputy City Solicitor,    Attorney for the City of Philadelphia,
              Municipal Services Building,    1401 JFK Boulevard, 5th Floor,    Philadelphia, PA 19102-1617
13828790     +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
              Attn: Bankruptcy Dept 3F
13817878     +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13839922     +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    PHFA Loan Servicing Division,
              211 North Front Street,    Harrisburg, PA 17101-1466
13817879     +US Bank, NA for PHFA,    211 North Front Street,    PO Box 15057,    Harrisburg, PA 17105-5057
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Sep 22 2017 01:40:37     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 22 2017 01:40:28     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/Text: bankruptcy@phila.gov Sep 22 2017 01:40:37     City of philadelphia,
              Law Department,    c/o Megan N. Harper,    1401 JFK Blvd., Rm 580,    Philadelphia, PA  19102
13817871      E-mail/Text: bankruptcy@phila.gov Sep 22 2017 01:40:37     City of Philadelphia,
              Municipal Services Building,    1401 John F. Kennedy Blvd, 5th Floor,
              Philadelphia, PA 19102-1595
13905588     +E-mail/Text: bankruptcy@phila.gov Sep 22 2017 01:40:37
              City of Philadelphia Law Department, Tax Unit,    Bankruptcy Group, MSB,
              1401 John F. Kennedy Blvd, 5th Floor,    Philadelphia, Pennsylvania 19102-1640
13817873      E-mail/Text: bankruptcy.bnc@ditech.com Sep 22 2017 01:39:59     Ditech Financial,    PO Box 6172,
              Rapid City, SD 57709-6172
13879374      E-mail/Text: bankruptcy.bnc@ditech.com Sep 22 2017 01:39:59
              Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
              Rapid City, South Dakota 57709-6154
13817876     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 22 2017 01:40:18     Midland Funding,
              2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
13881333      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 22 2017 01:56:42
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13817877     +E-mail/Text: blegal@phfa.org Sep 22 2017 01:40:19     Pa Housing Finance Age,    211 N Front St,
              Harrisburg, PA 17101-1406
13863055      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 22 2017 01:40:08
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, Pa.  17128-0946
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
13817869    ##+Ars,   1801 Nw 66th Ave,    Fort Lauderdale, FL 33313-4571
                                                                                   TOTALS: 0, * 1, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Antoinett             Page 2 of 2              Date Rcvd: Sep 21, 2017
                              Form ID: pdf900             Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2017 at the address(es) listed below:
              BRANDON J. PERLOFF    on behalf of Debtor Suzanne  Mitchell bperloff@kminjurylawyers.com,
               kmecf1429@gmail.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
              JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              MEGAN N. HARPER    on behalf of Creditor    City of philadelphia megan.harper@phila.gov,
               james.feighan@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                    :        Chapter 13

SUZANNE MITCHELL

    Debtor(s)
                                         :        Bankruptcy No. 16-17721AMC


## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this 20th day of September, 2017 consideration of the plan submitted by the debtor under Chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that
    A.  a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;
    B.  the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provision of title 11 U.S.C.;
    C.  any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;
    D.  the plan has been proposed in good faith and not by any means forbidden by law;
    E.  the value, as of the effective date of the plan, of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor were liquidated under chapter 7 of title 11 on such date;
    F.  with respect to each allowed secured claim provided for by the plan-
        (1) the holder of such claim has accepted the plan;
        (2) (a)  the plan provides that the holder of such claim retain the lien securing such claim, and
            (b)  the value, as of the effective date of the plan, of property to be distributed under the plan on account of such claims is not less than the allowed amount of such claim; or
        (3) the debtor has agreed to surrender or has surrendered the property securing such claim to such holder of the claim; and
    G.  the debtor will be able to make all payments under the plan and to comply with the plan;
    WHEREFORE, it is ORDERED:
    1.  that the plan is CONFIRMED
    2.  that pursuant to 11 U.S.C. 1327 the provisions of the confirmed plan bind the debtor and each of the creditors of the debtor, whether or not the claim of such creditor is provided for by the plan, and whether or not said creditor has objected to, has accepted or has rejected the plan; and
    3.  that all property of the estate, including any income, earnings, other property which may become a part of the estate during the administration of the case which property is not proposed, or reasonably contemplated, to be distributable to claimants under the plan shall revest in the debtor(s); provided, however, that no property received by the trustee for the purpose of distribution under the plan shall revest in the debtor except to the extent that such property may be in excess of the amount needed to pay in full all allowed claims as provided in the plan.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge