UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

July 1, 2019

To: BRANDON J. PERLOFF
    Kwartler Manus, LLC
    1429 Walnut Street
    Suite 701
    Philadelphia, PA 19102

    In re: Suzanne Mitchell
    Bankruptcy No. **16-17721**
    Adversary No.
    Chapter **13**

Re: **Motion for Relief of Stay**

The above document(s) were filed in this office on **6/28/19.** Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

    ( )     Voluntary Petition
    ( )     Adversary Proceeding
    ( )     $31.00 Filing Fee for Amendments
    ( )     $25.00 Claims Transfer Fee
    (xx)     Motion Filing Fee 181.00

Please submit the payment(s) within seven (7) days from the date of this notice. If the delinquency is not paid, this matter will be referred to the Chief Judge.

    Timothy B. McGrath
    Clerk


    By: **Denise Lavariere**
       Deputy Clerk

*Fee Notice*
*(11/26/18)*