IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
SUZANNE MITCHELL                            :        CHAPTER 13
             Debtor            :
                               :        BK. No. 16-17721 AMC

## ORDER

AND NOW, this _____ day of _____, 2019, it is hereby **ORDERED** that the corresponding Amended Stipulation is hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

**Date: September 11, 2019**

_____
ASHELY M. CHAN,
**Bankruptcy Judge**

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

SUZANNE MITCHELL
2868 SELLERS STREET
PHILADELPHIA, PA 19137

BRANDON J. PERLOFF, ESQ.
KWARTLER MANUS, LLC
1429 WALNUT STREET
SUITE 701
PHILADELPHIA, PA 19102

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106