```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania

In re:                                                          Case No. 16-17721-elf
Suzanne Mitchell                                                Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2           User: dlv                  Page 1 of 2          Date Rcvd: Sep 16, 2020
                               Form ID: 138NEW            Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2020.
db             +Suzanne Mitchell,    2868 Sellers Street,    Philadelphia, PA 19137-1923
cr             +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +New Residential Mortgage LLC,    RAS Crane LLC,   10700 Abbotts Bridge Rd,    Ste. 170,
                 Duluth, GA 30097-8461
13817869       +Ars,    1801 Nw 66th Ave,   Fort Lauderdale, FL 33313-4571
13817872       +Clear Spring Loan Serv,    18451 N Dallas Pkwy Ste,    Dallas, TX 75287-5202
13817874      ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
                (address filed with court: Ditech Financial Llc,     332 Minnesota St Ste 610,
                 Saint Paul, MN 55101)
14341839        DITECH FINANCIAL LLC,    C/O Andrew L. Spivack, Esq.,    1617 JFK Boulevard, Suite 1400,
                 One Penn Center Plaza,    Philadelphia, PA 19103
13879374        Ditech Financial LLC fka Green Tree Servicing LLC,     P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13817875       +Kwartler Manus, LLC,    1429 Walnut Street,    Suite 701,   Philadelphia, PA 19102-3207
13947392       +MEGAN N. HARPER,    Deputy City Solicitor,    Attorney for the City of Philadelphia,
                 Municipal Services Building,    1401 JFK Boulevard, 5th Floor,    Philadelphia, PA 19102-1617
13828790       +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13817878       +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13839922       +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,     PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466
13817879       +US Bank, NA for PHFA,    211 North Front Street,    PO Box 15057,    Harrisburg, PA 17105-5057

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 17 2020 05:27:23     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 17 2020 05:27:15     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Sep 17 2020 05:27:22     City of philadelphia,
                 Law Department,    c/o Megan N. Harper,    1401 JFK Blvd., Rm 580,   Philadelphia, PA 19102
13817870        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2020 05:21:39
                 Capital One Bank Usa N,    15000 Capital One Dr,   Richmond, VA 23238
13817871        E-mail/Text: megan.harper@phila.gov Sep 17 2020 05:27:22     City of Philadelphia,
                 Municipal Services Building,    1401 John F. Kennedy Blvd, 5th Floor,
                 Philadelphia, PA 19102-1595
13905588       +E-mail/Text: megan.harper@phila.gov Sep 17 2020 05:27:22
                 City of Philadelphia Law Department, Tax Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd, 5th Floor,    Philadelphia, Pennsylvania 19102-1640
13817876       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 17 2020 05:26:55     Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
13881333        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2020 05:22:04
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13817877       +E-mail/Text: blegal@phfa.org Sep 17 2020 05:26:57     Pa Housing Finance Age,   211 N Front St,
                 Harrisburg, PA 17101-1406
13863055        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 17 2020 05:26:37
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa. 17128-0946
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14450677       New Residential,   Mortgage LLC
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA 17128-0946
13817873      ##Ditech Financial,    PO Box 6172,   Rapid City, SD 57709-6172
                                                                                 TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0313-2          User: dlv              Page 2 of 2           Date Rcvd: Sep 16, 2020
                              Form ID: 138NEW        Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2020 at the address(es) listed below:
          ANDREW   SPIVACK    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
          BRANDON J PERLOFF    on behalf of Debtor Suzanne  Mitchell bperloff@perlofflaw.com,
           kmecf1429@gmail.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          HAROLD N. KAPLAN    on behalf of Creditor    New Residential Mortgage LLC hkaplan@rasnj.com
          JEROME B. BLANK    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
          JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,  dmaurer@pkh.com;mgutshall@pkh.com
          MEGAN N. HARPER    on behalf of Creditor    City of philadelphia megan.harper@phila.gov,
           karena.blaylock@phila.gov
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 13
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Suzanne Mitchell
   Debtor(s)    Bankruptcy No: 16−17721−elf
          Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

 1. The Standing Chapter 13 Trustee has filed his final report and account.

☑  2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑  3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

 4. All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

 5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                For The Court
                Timothy B. McGrath
                Clerk of Court

Dated: 9/16/20

                   78 − 76
                   Form 138_new