IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                             :        CHAPTER 13
**Suzanne Mitchell**                               :
      Debtor                :
                                                   :        BANKRUPTCY NO.: 16-17721-elf

# O R D E R

AND NOW, this __30th__ day of __September__ 2020, upon consideration of Debtor's Motion, said Motion is **GRANTED**.  It is **ORDERED THAT:**

The Debtor shall be allowed an extension of time to comply with this Court's Order; and

A statement regarding completion of a course in personal financial management, per 1328(g)(1), shall be filed no later than **10/14/2020**; and

The certification regarding domestic support obligations and Section 522(q), shall be filed no later than **10/14/2020**.

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE