Certificate Number: 12433-PAE-DE-034935512

Bankruptcy Case Number: 16-17721



12433-PAE-DE-034935512

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 30, 2020, at 6:55 o'clock PM EDT, Suzanne M. Mitchell completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 30, 2020           By:   /s/Candace Jones

Name:   Candace Jones

Title:   Counselor