United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 16-17721-elf |
|---|---|
| Suzanne Mitchell | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: dlv | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 30, 2020 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Suzanne Mitchell, 2868 Sellers Street, Philadelphia, PA 19137-1923 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | New Residential Mortgage LLC, RAS Crane LLC, 10700 Abbotts Bridge Rd, Ste. 170, Duluth, GA 30097-8461 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Oct 01 2020 03:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | Email/Text: megan.harper@phila.gov | Oct 01 2020 03:27:00 | City of philadelphia, Law Department, c/o Megan N. Harper, 1401 JFK Blvd., Rm 580, Philadelphia, PA 19102 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Oct 02, 2020 | Signature: | /s/Joseph Speetjens |
|---|---|---|

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW SPIVACK | on behalf of Creditor DITECH FINANCIAL LLC paeb@fedphe.com |

| | |
|---|---|
| District/off: 0313-2 | User: dlv | Page 2 of 2 |
| Date Rcvd: Sep 30, 2020 | Form ID: pdf900 | Total Noticed: 5 |

BRANDON J PERLOFF
    on behalf of Debtor Suzanne Mitchell bperloff@perlofflaw.com  kmecf1429@gmail.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

HAROLD N. KAPLAN
    on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com

JEROME B. BLANK
    on behalf of Creditor DITECH FINANCIAL LLC paeb@fedphe.com

JOSEPH JASPER SWARTZ
    on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us

LEON P. HALLER
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com

MEGAN N. HARPER
    on behalf of Creditor City of philadelphia megan.harper@phila.gov  karena.blaylock@phila.gov

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor DITECH FINANCIAL LLC paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                            :    CHAPTER 13
**Suzanne Mitchell**                              :
        **Debtor**                           :
                                                  :    BANKRUPTCY NO.: 16-17721-elf

## O R D E R

AND NOW, this __30th__ day of __September__ 2020, upon consideration of Debtor's Motion, said Motion is **GRANTED**.   It is **ORDERED THAT:**

The Debtor shall be allowed an extension of time to comply with this Court's Order; and

A statement regarding completion of a course in personal financial management, per 1328(g)(1), shall be filed no later than **10/14/2020**; and

The certification regarding domestic support obligations and Section 522(q), shall be filed no later than **10/14/2020**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**